No. 8,302.  STATE ex Rel. O. H. P. SHELLEY, Respondent, *v.* A. E. McFATRIDGE et al., as Members of the Montana Liquor Control Board, Appellants.

Decided April 7, 1942.

PER CURIAM.—On motion of relator that the appeal herein be dismissed because he "has no whiskey with which to fill or supply orders of the defendants, that it would now be impossible for him to deliver goods if the defendants were to comply with the judgment appealed from," and that the question in litigation has become moot, it is ordered that agreeably to the motion the appeal be dismissed.

*Mr. John K. Claxton,* for Respondent.

*Mr. John W. Bonner,* Attorney General, *Mr. Clarence Hanley,* Assistant Attorney General, and *Mr. T. H. MacDonald,* Counsel for the Montana Liquor Control Board, for Appellants.